**N THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BRITTNAY MONTGOMERY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | Case No. 4:26-cv-00495-JMD |
| | ) | |
| **THE KIESEL COMPANY,** | ) | |
| | ) | |
| **And** | ) | |
| | ) | |
| **UNITED HEALTHCARE** | ) | |
| **SERVICES, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION OF DISMISSAL**
**WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Plaintiff and the Defendants hereby stipulate to the dismissal of the above-styled case **_WITHOUT_** prejudice.  Each side will bear its own court costs and attorneys' fees.

**Respectfully submitted,**

**DAVIS OLSZESKI, L.L.P.**


*/s/ Adam J. Olszeski*
Matthew R. Davis, #MO58205
Adam J. Olszeski, #MO66126
22704 Locust, Ste. 202
St. Louis, Missouri 63103
(314) 876-7760
Fax: (314) 876-7877
matt@dodisabilitylaw.com
adam@dodisabilitylaw.com

*Attorneys for Plaintiff*


STINSON LLP

By  _s/Christopher J. Leopold_
     Christopher J. Leopold, MO 51407
     1201 Walnut, Suite 2900
     Kansas City, Missouri 64106
     816.842.8600 / 816.691.3495 [F]
     chris.leopold@stinson.com

Attorneys for Defendant
United HealthCare Services, Inc.


ROSENBLUM GOLDENHERSH, P.C.

By _____ s/David G. Bender_____
     David G. Bender, #53482
     7733 Forsyth, 4th Floor
     Clayton, MO 63105-1812
     (314) 726-6868 / (314) 726-6786 (Fax)
     dbender@rgsz.com

Attorneys for Defendant
The Kiesel Company